IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VARTA MICROBATTERY GMBH, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 2:21-cv-00400-JRG-RSP |
| AUDIO PARTNERSHIP LLC and AUDIO PARTNERSHIP PLC d/b/a CAMBRIDGE AUDIO, | § § § § § | (Lead Case) |
| *Defendants.* | § § | |

## ORDER

Defendant EVE Energy Co., Ltd. ("EVE") previously filed a Motion to Dismiss for Lack of Jurisdiction (the "Motion to Dismiss"). (Dkt. No. 24). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 56), recommending denial of EVE's Motion to Dismiss. EVE has now filed Objections. (Dkt. No. 59).

After conducting a *de novo* review of the briefing on the Motion, the Report and Recommendation, and the Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** EVE's Objections (Dkt. No. 59), **ADOPTS** the Report and Recommendation (Dkt. No. 56), and **ORDERS** that the Motion to Dismiss (Dkt. No. 24) is **DENIED**.

So ORDERED and SIGNED this 11th day of January, 2023.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE