**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **VARTA MICROBATTERY GMBH.,** *Plaintiff,* v. **EVE ENERGY CO., LTD.,** *Defendant.* | **Case No. 2:21-cv-00400-JRG-RSP** |

**ORDER GRANTING MOTION FOR SUPPLEMENTAL CLAIM CONSTRUCTION**

Upon consideration of Defendant EVE Energy Co., Ltd.'s Motion for Supplemental Claim Construction, along with the arguments and evidence provided in support thereof, IT IS HEREBY ORDERED that Defendant's Motion should be **GRANTED**. The term "the housing cup and the housing top are held together by a force-fitting connection," which is present in claims 14 and 23 of U.S. Patent No. 9,153,835 (the "'835 Patent"); claims 14 and 23 of U.S. Patent No. 9,496,581 (the "'581 Patent"); and claims 9, 12, and 14 of U.S. Patent No. 9,799,913, is hereby construed as requiring that the housing cup and housing top are held together exclusively by a force-fitting connection and excluding any other mechanism such as a spring-loaded arrangement, adhesives, or crimping that closes or holds together the button cells.